IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | CIVIL ACTION NO. 4:23-CV-303-ALM<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Freedom Patents LLC ("Freedom Patents") and Defendants DISH Network L.L.C. and Dish Network Service L.L.C. (collectively, "DISH" or "Defendants") have resolved Freedom Patents' claims for relief against DISH asserted in this case.

NOW, THEREFORE, Freedom Patents and DISH, through their attorneys of record, request this Court to dismiss all claims asserted by Freedom Patents against DISH in this case with prejudice, with each party to bear its own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: May 22, 2024               Respectfully submitted,

/s/ Zachariah S. Harrington              /s/ Wesley White
Matthew J. Antonelli                     Eric H. Findlay
Texas Bar No. 24068432                   State Bar No. 00789886
matt@ahtlawfirm.com                      FINDLAY CRAFT, P.C.
Zachariah S. Harrington                  7270 Crosswater Avenue, Suite B
Texas Bar No. 24057886                   Tyler, TX 75703
zac@ahtlawfirm.com                       Telephone: 903.534.1100

1

Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Rehan M. Safiullah
Texas Bar No. 24066017
rehan@ahtlawfirm.com
Hannah D. Price
Texas Bar No. 24116921
hannah@ahtlawfirm.com

ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for Plaintiff*
*Freedom Patents LLC*

efindlay@findlaycraft.com

Clement Roberts
Will Melehani
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Email: croberts@orrick.com
Email: wmelehani@orrick.com

Alyssa Caridis
Orrick, Herrington & Sutcliffe LLP
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: 213-629-2020
Email: acaridis@orrick.com

Wesley White, pro hac vice
Orrick, Herrington & Sutcliffe LLP
51 W 52nd Street
New York, NY 10019
Telephone: 213-506-5000
Email: wwhite@orrick.com

*Attorneys for Defendants*
*DISH NETWORK L.L.C., and*
*DISH NETWORK SERVICE L.L.C.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Freedom Patents and counsel for Defendants have complied with Local Rule CV-7(h) by conferring, and all parties agree to filing this as a joint motion.

*/s/ Zachariah S. Harrington*
Zachariah S. Harrington
