# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| FREEDOM PATENTS LLC,<br><br>  Plaintiff,<br><br>    v.<br><br>DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.,<br><br>  Defendants. | CIVIL ACTION NO. 4:23-CV-303-ALM<br><br><u>**JURY TRIAL DEMANDED**</u> |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Freedom Patents LLC ("Freedom Patents") and Defendants DISH Network L.L.C. and Dish Network Service L.L.C. (collectively, "DISH" or "Defendants").  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Freedom Patents against DISH in this action are hereby dismissed with prejudice, subject to the Court's reservation of jurisdiction over Freedom Patents and DISH to enforce the settlement agreement between Freedom Patents and DISH.  It is further

**ORDERED** that Freedom Patents and DISH shall bear their own costs, expenses, and legal fees in this case.

**IT IS SO ORDERED.**
**SIGNED** this 24th day of May, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE